UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Hannah<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The City of Clovis, et al<br><br>　　　　Defendant. | Case No.  1:24-cv-0184-KES-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 3/07/2025.

March 10, 2025　　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Gonzalez,
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk